■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KIM BISHOP, Appellant. [823 NYS2d 718]—Appeal from a judgment of the Supreme Court, Erie County (Mario J. Rossetti, A.J.), rendered February 14, 2005. The judgment convicted defendant, upon her plea of guilty, of grand larceny in the second degree.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed (*see People v Hidalgo*, 91 NY2d 733, 737 [1998]). Present—Hurlbutt, A.P.J., Martoche, Centra and Pine, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LOVINCE GREEN, Also Known as CALI, Appellant. [823 NYS2d 719]—Appeal from a judgment of the Erie County Court (Timothy J. Drury, J.), rendered January 26, 2005. The judgment convicted defendant, upon his plea of guilty, of assault in the first degree.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed (*see People v Hidalgo*, 91 NY2d 733, 737 [1998]). Present—Hurlbutt, A.P.J., Martoche, Centra and Pine, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v FRANCIS K. ANZALONE, Appellant. [823 NYS2d 750]—Appeal from a judgment of the Monroe County Court (Patricia D. Marks, J.), rendered September 15, 2003. The judgment convicted defendant, upon his plea of guilty, of robbery in the third degree.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed. Present—Hurlbutt, A.P.J., Martoche, Centra and Pine, JJ.